COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Amelia Colvin, Independently Executrix for the Estate of Francis
                            Colvin v. Michael Masciarelli, Administrative for the Estate of
                            Margaret Colvin

Appellate case number:   01-13-00693-CV

Trial court case number:  PR026308-B

Trial court:                      Co Ct at Law No 3 & Probate Ct of Brazoria County

On October 14, 2013, appellant, Amelia Colvin, filed an affidavit of indigence with this court, which was then forwarded to the trial court for filing as of that date. *See* TEX. R. APP. P. 20.1(a)(2)(A) and 20.1(c)(1). The district clerk has filed a clerk's record on indigence containing the trial court's November 8, 2013 order sustaining a contest to appellant's affidavit of indigence. *See id.* 20.1(e)(1), (i)(4). Appellant did not file a motion seeking review of the trial court's order within 10 days of the order. *See id.* 20.1(j)(1), (2). Therefore, the required filing fee is due.

Appellant is ORDERED to pay one-half of the $175 filing fee to this Court no later than 10 days from the date of this order and the other one-half of the $175 filing fee to this Court no later than 30 days from the date of this order, or the Court may dismiss the appeal. *See* TEX. R. APP. P. 5; 42.3.

It is further ORDERED that, no later than 30 days from the date of this order, appellant file with this Court proof that she has paid or made arrangements to pay for the preparation of the clerk's record, or the appeal may be dismissed. *See* TEX. R. APP. P. 34.5(a), 35.3(a)(2), 37.3(b).

Finally, it is ORDERED that, no later than 30 days from the date of this order, appellant file with this Court proof that she has requested and paid or made arrangements to pay for preparation of the reporter's record, or the Court may consider and decide only those issues or points that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 34.6(b)(1), 35.3(b)(2), (b)(3), (c), 37.3(c).

It is so ORDERED.

Judge's signature: /s/ Harvey Brown
☑ Acting individually    ☐ Acting for the Court

Date:  November 26, 2013